636

417 A.2d 791

In re Holmes and Holmes.
Appeal of Gerald Holmes et ux.

Argued April 10, 1979.

John Stembler, for appellants; Howard B. Elbling, for minor children; James E. Culp, Assistant City Solicitor, for Allegheny County Child Welfare.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Orders of the lower court affirmed.

June 28, 1979.

417 A.2d 791

Commonwealth v. Hardy, Appellant.

Submitted March 12, 1979. John J. Moran, II, Assistant Public Defender, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.